IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELVIN EARL SIMS**                                                                                               **PLAINTIFF**

V.                  **CASE NO. 5:14-CV-00227 BSM/BD**

**DAMETRIA ROCHELLE, et al.**                                                      **DEFENDANTS**

**ORDER**

Petitioner Melvin Earl Sims is no longer incarcerated in the W.C. "Dub" Brassell Adult Detention Center, as evidenced by mail returned to the Court from that address marked as undeliverable. (Docket entry #6) Mr. Sims provided the court with a new address on Beverly Avenue, in White Hall, Arkansas, but apparently is no longer at that address, as evidenced by the mail returned to the Court from that address marked as undeliverable. (#7)

Mr. Sims was previously informed that he must promptly notify the Clerk and all parties of any change in his address. See LOCAL RULE 5.5(c)(2). Therefore, Mr. Sims is directed to notify the Court of his valid address within thirty days of entry of this order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 2nd day of July, 2014.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE